Clerk's Use Only

Initial for fee pd.:

Mark C. Rifkin
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

HERBERT H. KLIEGERMAN,

            Plaintiff(s),

    v.

APPLE INC. and AT&T MOBILITY LLC,

            Defendant(s).

CASE NO. C 08-00948 JSW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark C. Rifkin, an active member in good standing of the bar of the States of New York and Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Francis M. Gregorek (144785), WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 750 B Street, Suite 2770 San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2008

_____
Mark C. Rifkin