UNITED STATES DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

     Plaintiff(s),

v.

APPLE INC. and AT&T MOBILITY LLC,

     Defendant(s).

CASE NO. C 08-00948 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Martin E. Restituyo, an active member in good standing of the bar of New York, whose business address and telephone number (particular court to which applicant is admitted) is

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 270 Madison Avenue
New York, New York 10016
(212) 545-4600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008

                *Jeffrey S. White*
                Judge Jeffrey S. White
                United States District Judge