FEB 22 PM 2: 1

E-Filing

UNITED STATES  DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

                           **CASE NO.  C 08-00948 JSW**

                           (~~Proposed~~)

         Plaintiff(s),           **ORDER GRANTING APPLICATION**

  v.                           **FOR ADMISSION OF ATTORNEY**

APPLE INC. and AT&T MOBILITY      **_PRO HAC VICE_**

LLC,

         Defendant(s).

_____/

Norman Shabel                   ■ , an active member in good standing of the bar of

New Jersey,                   ■ whose business address and telephone number

(particular court to which applicant is admitted)

is

SHABEL & DENITTIS, P.C., 5 Greentree Center, Suite 302
Marlton, New Jersey 08053
(856) 797-9951
                                            ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a _pro hac vice_ basis, representing Plaintiff           ■ .

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance _pro hac_

_vice_. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, _Electronic Case Filing_.

Dated: February 27 2008    ■

                                    _Jeffrey S White_
                                   Judge Jeffrey S. White
                                    United States District  Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**