FEB 22 PM 2: 1

UNITED STATES DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

Plaintiff(s),

v.

APPLE INC. and AT&T MOBILITY LLC,

Defendant(s).

CASE NO. C 08-00948 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Alexander H. Schmidt , an active member in good standing of the bar of New York, whose business address and telephone number (particular court to which applicant is admitted) is
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 270 Madison Avenue
New York, New York 10016
(212) 545-4600 ,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008

*Jeffrey S. White*
Judge Jeffrey S. White
United States District Judge