UNITED STATES DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

             Plaintiff(s),

v.

APPLE INC. and AT&T MOBILITY LLC,

             Defendant(s).

CASE NO. C 08-00948 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephen P. DeNittis, an active member in good standing of the bar of New Jersey, whose business address and telephone number (particular court to which applicant is admitted) is

SHABEL & DENITTIS, P.C., 5 Greentree Center, Suite 302
Marlton, New Jersey 08053
(856) 797-9951

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008

                                                                      Judge Jeffrey S. White
                                                                      United States District Judge