FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

Attorneys for Plaintiff

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| HERBERT H. KLIEGERMAN,<br><br>                     Plaintiff(s),<br><br>           v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>                     Defendant(s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.  C 08-00948 JSW<br><br><br><br>**NOTICE OF ENTRY OF ORDER**<br><br><br><br>CTRM:  2, 17 Floor<br>JUDGE: Hon. Jeffrey S. White |

1  TO:    THE COURT, THE PARTIES AND COUNSEL OF RECORD

2          PLEASE TAKE NOTICE that on February 27, 2008, the Court entered Orders re: the

3  applications for Admission of attorneys *Pro Hac Vice* for Mark C. Rifkin, Alexander H. Shmidt,

4  Martin Restituyo, Stephen P. DeNittis, and Norman Shabel, true and correct copies of which are

5  attached hereto as Exhibit A through Exhibit E, respectively.

6  DATED: February 29, 2008                    WOLF HALDENSTEIN ADLER
                                                  FREEMAN & HERZ, LLP
7                                              FRANCIS M. GREGOREK
                                               BETSY C. MANIFOLD
8                                              RACHELE R. RICKERT
                                               MARISA C. LIVESAY
9

10

11                                             MARISA C. LIVESAY

12
                                               Symphony Towers
13                                             750 B. Street, Suite 2770
                                               San Diego, California 92101
14                                             Telephone: 619/239-4599
                                               Facsimile: 619/234-4599
15
                                                     *-and-*
16
                                               MARTIN RESTITUYO
17                                             MARK C. RIFKIN
                                               ALEXANDER H. SCHMIDT
18                                             270 Madison Avenue
                                               New York, NY 10016
19                                             Telephone: 212/545-4600
                                               Facsimile: 212/545-4653
20

21                                             SHABEL & DENITTIS, P.C.
                                               Stephen P. Denittis
22                                             Norman Shabel
                                               5 Greentree Centre, Ste. 302
23                                             Route 73 South
                                               Marlton, NJ 08054
24                                             Telephone: 856/797-9951

25

26

27

28

NOT OF ENTRY OF ORDER-CASE NO: C 08-00948 JSW

                                                                                    - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEWMAN & ASSOCIATES, P.C.
Randall Scott Newman
The Trump Building
61st Floor
40 Wall Street
New York, NY 10005
Telephone: 212/797-3737

Counsel for Plaintiffs

NOT OF ENTRY OF ORDER-CASE NO: C 08-00948 JSW

## DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.    That on February 29, 2008, declarant served the following document

**NOTICE OF ENTRY OF ORDER**

via the CM/ECF system to the parties listed on the attached service list.

3.    That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February 2008, at San Diego, California.

_____
MARTA STASIK

APPLE: 15860

NOTICE OF ENTRY OF ORDER – CASE NO. C 08-00948 JSW

\

# EXHIBIT A

UNITED STATES DISTRICT COURT

For the Northern District of California

FEB 22 PM 2: 1.

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-Filing*

## UNITED STATES  DISTRICT COURT

### Northern District of California

HERBERT H. KLIEGERMAN,

                     Plaintiff(s),

     v.

APPLE INC. and AT&T MOBILITY LLC,

                    Defendant(s).
                                /

CASE NO.  C 08-00948 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Mark C. Rifkin ▪ , an active member in good standing of the bar of

New York and Pennsylvania,      ▪ whose business address and telephone number

(particular court to which applicant is admitted)

is

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 270 Madison Avenue
New York, New York 10016
(212) 545-4600

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff            ▪

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008   ▪

                                    *Jeffrey S. White*
                         Judge Jeffrey S. White
                         United States District      Judge

# EXHIBIT B

FEB 22 PH 2: 1

E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

CASE NO.  C 08-00948 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),

v.

APPLE INC. and AT&T MOBILITY
LLC,

Defendant(s).

Alexander H. Schmidt                    , an active member in good standing of the bar of

New York,                               whose business address and telephone number

(particular court to which applicant is admitted)

is

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 270 Madison Avenue
New York, New York 10016
(212) 545-4600

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008

*Jeffrey S. White*
Judge Jeffrey S. White
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

# EXHIBIT C

E-Filing

FEB 22 PM 2: 1L

## UNITED STATES DISTRICT COURT
### Northern District of California

HERBERT H. KLIEGERMAN,

                       Plaintiff(s),

       v.

APPLE INC. and AT&T MOBILITY LLC,

                       Defendant(s).

CASE NO.  C 08-00948 JSW

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Martin E. Restituyo                    , an active member in good standing of the bar of

New York,                              whose business address and telephone number

(particular court to which applicant is admitted)

is

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP, 270 Madison Avenue
New York, New York 10016
(212) 545-4600

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff

      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 27 2008

Judge/Jeffrey S. White
United States District        Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

# EXHIBIT D

UNITED STATES DISTRICT COURT

Northern District of California

*E-Filing*

HERBERT H. KLIEGERMAN,

CASE NO.  C 08-00948 JSW

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

APPLE INC. and AT&T MOBILITY
LLC,

Defendant(s).

Stephen P. DeNittis ☐ , an active member in good standing of the bar of

New Jersey, ☐ whose business address and telephone number

(particular court to which applicant is admitted)

is

SHABEL & DENITTIS, P.C., 5 Greentree Center, Suite 302
Marlton, New Jersey 08053
(856) 797-9951

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27, 2008 ☐

*Jeffrey S. White*
Judge Jeffrey S. White
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

# EXHIBIT E

UNITED STATES DISTRICT COURT

Northern District of California

HERBERT H. KLIEGERMAN,

CASE NO.  C 08-00948 JSW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

APPLE INC. and AT&T MOBILITY
LLC,

Defendant(s).

Norman Shabel                    , an active member in good standing of the bar of

New Jersey,                          whose business address and telephone number

(particular court to which applicant is admitted)

is

SHABEL & DENITTIS, P.C., 5 Greentree Center, Suite 302
Marlton, New Jersey 08053
(856) 797-9951

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff

  IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 27 2008

Judge Jeffrey S. White
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

APPLE ANTITRUST
Service List – February 13, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Mark C. Rifkin
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY  10016
    212/545-4600
    212/545-4653 (fax)
rifkin@whafh.com
schmidt@whafh.com

Randall S. Newman
NEWMAN & ASSOCIATES, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
    212/797-3737
    212/797-3172  (fax)
rsn@randallnewman.net

Stephen P. Denittis
Norman Shabel
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, NJ 08053
    856/797-9951
    856/797-9978 (fax)
sdenittis@shabeldenittis.com

**Counsel for Plaintiff Herbert H. Kliegerman**

Damian R. Fernandez
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
Damianfernandez@gmail.com

Geoffrey A. Munroe
Elizabeth C. Pritzker
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
    415/981-4800
    415/981-4846 (fax)
gam@girardgibbs.com
ecp@girardgibbs.com
ams@girardgibbs.com

M. Van Smith
LAW OFFICES OF V. MAN SMITH
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
mvsmith@sbcglobal.net

**Counsel for Plaintiffs Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti and Timothy Smith**

APPLE ANTITRUST
Service List – February 13, 2008
Page 2

COUNSEL FOR PLAINTIFFS

Max Folkenflik
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
    212/757-0400
    212/757-2010 (fax)
max@fmlaw.net

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
    510/763-5700
hth@hoffmanandlazear.com
awl@hoffmanandlazear.com
mmm@hoffmanandlazear.com

**Counsel for Plaintiffs Paul Holman
and Lucy Rivello**

COUNSEL FOR DEFENDANTS

Hanno F. Kaiser
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
    212/906-1252
    212/751-4864 (fax)
Hanno.kaiser@lw.com

Adrian F. Davis
Alfred C. Pfeiffer, Jr.
Daniel M. Wall
Christopher S. Yates
LATHAM  WATKINS, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
    415/391-0600
adrian.davis@lw.com
al.pfeiffer@lw.com
dan.wall@lw.com
chris.yates@lw.com

**Counsel for Defendant Apple, Inc.**

David E. Crowe
Daniel A. Sasse
CROWELL AND MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
    949/263-8400
    949/263-8414 (fax)
dcrowe@crowell.com
dsasse@crowell.com

Jeffrey W. Howard
Christopher E. Ondeck
William R. Smith
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
    202/624-2500
    202/628-5116 (fax)
jhoward@crowell.com
condeck@crowell.com
wrsmith@crowell.com

**Counsel for Defendant AT&T Mobility, LLC**

APPLE ANTITRUST
Service List – February 13, 2008
Page 3


COUNSEL FOR DEFENDANTS

Donald M. Falk
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
        650/331-2030
        650/331-2060 (fax)
dfalk@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006
        202/263-33287
aparasharami@mayerbrown.com

**Counsel for Defendant AT&T Mobility, LLC**