FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice pending*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice pending*)
schmidt@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW |
| | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12** |
| | CRTRM:      8 |
| | JUDGE:      Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12 - MASTER FILE NO. C 07-05152 JW

1    WHEREAS Plaintiff Herbert H. Kliegerman has filed an Administrative Motion to relate

2    the cases of *Kliegerman v. Apple, Inc*., Case No. C 08-948 (N.D. Cal.) ("*Kliegerman*") and *In re*

3    *Apple & AT&TM Anti-Trust Litigation*, Master File No. 07-CV-05152-JW (N.D. Cal.) ("*Apple*"),

4    pursuant to Civil Local Rule 3-12 (the "Motion").

5    WHEREAS the parties hereby stipulate and agree that the *Kliegerman* action is related to

6    the *Apple* action as defined by Civil Local Rule 3-12(a).

7    THEREFORE, the parties hereby stipulate and agree that Plaintiff's Administrative Motion

8    to Relate Cases Under L.R. 3-12 should be granted and the *Kliegerman* action transferred to Judge

9    Ware.

10    IT IS SO STIPULATED.

11    DATED:  February 15, 2008                WOLF HALDENSTEIN ADLER
                                                    FREEMAN & HERZ LLP
12                                              FRANCIS M. GREGOREK
                                                BETSY C. MANIFOLD
13                                              RACHELE R. RICKERT
                                                MARISA C. LIVESAY
14

15                                                  /s/  Francis M. Gregorek
                                                _____
16                                                  FRANCIS M. GREGOREK

17                                              Symphony Towers
                                                750 B. Street, Suite 2770
18                                              San Diego, California 92101
                                                Telephone:  619/239-4599
19                                              Facsimile:   619/234-4599

20                                              WOLF HALDENSTEIN ADLER
                                                    FREEMAN & HERZ LLP
21                                              MARK C. RIFKIN (*pro hac vice pending*)
                                                ALEXANDER H. SCHMIDT (*pro hac vice pending*)
22                                              270 Madison Avenue
                                                New York, New York 10016
23                                              Telephone:  212/545-4600
                                                Facsimile:   212/545-4677
24

25                                              RANDALL S. NEWMAN, P.C.
                                                RANDALL S. NEWMAN
26                                              The Trump Building
                                                40 Wall Street, 61st Floor
27                                              New York, New York 10005
                                                Telephone:  212/797-3737
28                                              Facsimile:   212/797-3172

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

1  SHABEL & DENITTIS, P.C.
   STEPHEN P. DENITTIS (*pro hac vice pending*)
2  NORMAN SHABEL (*pro hac vice pending*)
   5 Greentree Centre, Suite 302
3  Marlton, New Jersey 08053
   Telephone:  856/797-9951
4  Facsimile:  856/797-9978

5  Attorneys for Plaintiff Herbert H. Kliegerman

6  DATED:  February 15, 2008        LATHAM  WATKINS, LLP
                                    ADRIAN F. DAVIS
7                                   ALFRED C. PFEIFFER, JR.
                                    DANIEL M. WALL
8                                   CHRISTOPHER S. YATES

9
                                   _____/s/  Christopher S. Yates_____
10                                      CHRISTOPHER S. YATES

11                                 505 Montgomery Street, Suite 1900
                                   San Francisco, CA 94111
12                                 Telephone:  415/391-0600

13                                 Counsel for Defendant Apple Inc.

14 DATED:  February 15, 2005        CROWELL & MORING LLP
                                    DAVID E. CROWE
15                                  DANIEL A. SASSE

16

17                                 _____/s/  Daniel A. Sasse_____
                                        DANIEL A. SASSE
18

19                                 3 Park Plaza, 20th Floor
                                   Irvine, CA 92614-8505
20                                 Telephone:  949/263-8400
                                   Facsimile:   949/263-8414

21                                 CROWELL & MORING LLP
                                   JEFFREY W. HOWARD
22                                 CHRISTOPHER E. ONDECK
                                   WILLIAM R. SMITH
23                                 1001 Pennsylvania Avenue, N.W.
                                   Washington, DC 20004-2595
24                                 Telephone:  202/624-2500
                                   Facsimile:   202/628-5116
25

26                                 Counsel for Defendant AT&T Mobility LLC

27

28

STIPULATION  AND  [PROPOSED]  ORDER  GRANTING  PLAINTIFF'S  ADMINISTRATIVE  MOTION  TO
RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____March 18, 2008_____    _____

4    THE HONORABLE JAMES WARE
     UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO
RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION REGARDING CONCURRENCE**

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12.  In compliance with General Order 45.X.B, I hereby attest that Christopher S. Yates and Daniel A. Sasse have concurred in this filing.

DATED: February 15, 2008              WOLF HALDENSTEIN ADLER
                                                          FREEMAN & HERZ LLP


                                                     /s/ Francis M. Gregorek
                                                  FRANCIS M. GREGOREK

APPLE:15780.STIP/ORD

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW