UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-05152 JW**       **In Re Apple & AT&TM Anti-Trust Litigation;**

**C 07-05662 JW**       **Smith et al v. Apple, Inc. Et al**

      **I find that the above case is related to the case assigned to me. ____JW_____**


**C 08-00948 JSW**       **Kliegerman v. Apple, Inc.**

      **I find that the above case is related to the case assigned to me. ____JW_____**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.


Dated: March 18, 2008        _____*James Ware*_____
                                         Judge James Ware

## CERTIFICATE OF SERVICE

    I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: March 18, 2008**     By: *Elizabeth C Garcia*
                                            **Deputy Clerk**

Copies to:   Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____ (date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KLIEGERMAN et al,

        Plaintiff,

v.

APPLE, INC. et al,

        Defendant.
_____/

Case Number: CV08-00948 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norman Shabel
Shabel & Denittis, P.C.
5 Greentree Center
Suite 302
Marlton, NJ 08053

Stephen P. Denittis
Shabel & Denittis, P.C.
Suite 302
5 Greentree Centre
Route 73 south
Marlton, NJ 08054

Dated: March 20, 2008

                                       Richard W. Wieking, Clerk
                                       By: Tiffany Salinas-Harwell, Deputy Clerk